```
UNITED STATES DISTRICT COURT
  EASTERN DISTRICT OF TENNESSEE
           AT KNOXVILLE
```

ANNA M. EVANS,                          )
                                        )
    Plaintiff,                        )
                                        )
v.                                      )    No.:  3:10-CV-67
                                        )         (VARLAN/GUYTON)
MICHAEL J. ASTRUE,                      )
Commissioner of Social Security,        )
                                        )
    Defendant.                        )

## **ORDER**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, the Report and Recommendation [Doc. 13] entered by Magistrate Judge H. Bruce Guyton is **ACCEPTED IN WHOLE**; Plaintiff's Motion for Summary Judgment [Doc. 9] is **DENIED**; Defendant Commissioner's Motion for Summary Judgment [Doc. 11] is **GRANTED**; and the decision of the defendant Commissioner in this case denying plaintiff's application for supplemental security income benefits is **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

                                        s/ Thomas A. Varlan
                                        UNITED STATES DISTRICT JUDGE